## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, ) | 3:15-cv-00241-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | April 8, 2016 |
| SFR INVESTMENTS POOL 1, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**PRESENT:** THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** KATIE LYNN OGDEN   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of U.S. Bank National Association's (U.S. Bank) Motion to Compel Discovery Responses from D'Andrea Community Association and Alessi & Koenig, LLC. (ECF No. 104), and Motion for Order Shortening Time (ECF No. 107).

Plaintiff's motion for order shortening time (ECF No. 107) is **GRANTED.** The Clerk shall schedule a hearing on Plaintiff's motion to compel discovery as soon as the court's calendar can accommodate it.

The April 27, 2016 deadline for filing dispositive motions is **VACATED**. Additionally, although Plaintiff may need Defendants' discovery responses to take the Rule 30(b)(6) deposition of Alessi & Koenig, LLC, U.S. Bank may go forward with the April 13, 2016, if it desires.

And last, the court notes that Plaintiff's motion to compel has buried within it a request for sanctions in the form of attorneys fees and costs. (ECF No. 104 at 5, 12.) If Plaintiff desires to proceed with a motion for attorneys fees and costs, it shall file a separate and properly documented motion in that respect. Special Order 109, Paragraph III. F. 4., provides in pertinent part as follows:

> *4. Document Type.*
> *A separate document must be filed for each type of document or purpose . . .*
> *Motions may ask for only one type of unrelated relief \*\*\**

(*Id*. Italics in the original).[1]

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk

---

[1] Special Order 109 is found on the court's website, www.nvd.uscourts.gov/forms.aspx.