# EXHIBIT A

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID:



| **Bill To:** | Natalie C. Lehman | **Invoice #:** | |
| --- | --- | --- | --- |
| | Wright Finlay & Zak | **Invoice Date:** | 4/4/2016 |
| | 7785 W. Sahara Ave. | **Balance Due:** | $241.20 |
| | Suite 200 | | |
| | Las Vegas, NV, 89117 | | |

| | |
| --- | --- |
| **Case:** | US Bank, National Association v. SFR Investments Pool 1 LLC |
| **Job #:** | 2245516 \| Job Date: 3/22/2016 \| Delivery: Normal |
| **Billing Atty:** | Natalie C. Lehman |
| **Location:** | Wright Finlay & Zak |
| | 7785 W. Sahara Ave. \| Suite 200 \| Las Vegas, NV 89117 |
| **Sched Atty:** | Dana J. Nitz \| Wright Finlay & Zak |

| Witness | Description | Units | Quantity | Amount |
| --- | --- | --- | --- | --- |
| **PMK D'andrea Homeowners Association (Nonapp)** | Certificate of Non Appearance (CNA) | | 1.00 | $125.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 |
| | Exhibits | Per Page | 8.00 | $5.20 |
| | Shipping & Handling | Package | 1.00 | $26.00 |
| **Notes:** | | | **Invoice Total:** | $241.20 |
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $241.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:**
**Job #:**
**Invoice Date:** 4/4/2016
**Balance:** $241.20

50731

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID:



| **Bill To:** | Natalie C. Lehman<br>Wright Finlay & Zak<br>7785 W. Sahara Ave.<br>Suite 200<br>Las Vegas, NV, 89117 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | 4/4/2016<br>$241.20 |

| **Case:** | US Bank, National Association v. SFR Investments Pool 1 LLC |
|---|---|
| **Job #:** | 2245516 | Job Date: 3/22/2016 | Delivery: Normal |
| **Billing Atty:** | Natalie C. Lehman |
| **Location:** | Wright Finlay & Zak |
| | 7785 W. Sahara Ave. | Suite 200 | Las Vegas, NV 89117 |
| **Sched Atty:** | Dana J. Nitz | Wright Finlay & Zak |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| **PMK D'andrea Homeowners Association (Nonapp)** | Certificate of Non Appearance (CNA) | | 1.00 | $125.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 |
| | Exhibits | Per Page | 8.00 | $5.20 |
| | Shipping & Handling | Package | 1.00 | $26.00 |

| **Notes:** | | **Invoice Total:** | $241.20 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $241.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| **To pay online, go to www.veritext.com** | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | **4/4/2016**<br>**$241.20** |
|---|---|---|---|
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | | |

50731