1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                   **DISTRICT OF NEVADA**

8

9   U.S. BANK, NATIONAL ASSOCIATION,    )          3:15-cv-00241-RCJ-WGC
                                        )
10              Plaintiff,              )                **ORDER**
                                        )
11      vs.                             )         **Re:  ECF Nos. 111, 112, 115**
                                        )
12  SFR INVESTMENT POOL 1, LLC, etc., et al.  )
                                        )
13              Defendants.             )
    _____)

14

15          Before the court is Plaintiff U.S. Bank National Association's (U.S. Bank) Motion for Attorneys

16  Fees & Costs Following Motion to Compel Discovery (Electronic Case Filing (ECF) No. 111),

17  Declaration of Natalie C. Lehman in Support of Motion for Attorney's Fees Following Motion to

18  Compel Discovery (ECF No. 112) and Supplement to Motion for Attorney's Fees & Costs to Compel

19  Discovery (ECF No. 115).  No responses were  filed by the parties, Alessi & Koenig, LLC (Alessi &

20  Koenig) and D'Andrea Community Association (D'Andrea), against which the award of fees and costs

21  is sought.[1]

22          On April 22, 2016, this court entered its order granting U.S. Bank's motion to compel discovery

23  as against D'Andrea and Alessi & Koenig. (ECF No. 113.) The court ordered that Alessi & Koenig and

24  D'Andrea shall respond to U.S. Bank's Interrogatories and Requests for Production no later than

25  May 22, 2016.  U.S. Bank's Request for Admissions to Alessi & Koenig and D'Andrea were deemed

26  _____

27          [1] U.S. Bank filed a document entitled "Declaration of Natalie C. Lehman, Esq. In Support of the Plaintiff, U.S. Bank, N.A.'s Motion to Compel Discovery Responses from D'Andrea Community Association and Alessi & Koenig, LLC. (ECF No. 119.)  In its Notice of Errata Regarding Title of Docket No. 119, U.S. Bank stated the title of No. 119 should have instead

28  been titled, "U.S. Bank's Notice of Completion of Mediation Pursuant to NRS 38.310" and was not intended to apply to the motion to compel or its motion for attorneys fees and costs. (ECF No. 120.)

admitted. (ECF No. 111 at 2.) The record contains no suggestion the Defendants have responded to Plaintiff's discovery as the court ordered.

Plaintiff U.S. Bank seeks an award of attorneys fees and costs incurred by reason of Defendants' failure to respond to Plaintiff's discovery and in having to bring its motion to compel. (ECF No. 111.) Plaintiff initially sought an award of attorneys fees of $3,030.50 (ECF Nos. 111, 112) and thereafter in a Supplement to Motion for Attorneys Fees and Costs, seeks an additional $2,471.00 in attorneys fees (ECF No. 115-2 at 2) and costs (deposition appearance fees; ECF No. 115-1 at 2-3) in the amount of $725.60.

Fed. R. Civ. P. 37 (c)(1)(A) and (d)(3) authorize this court to award a party which prevails on a motion to compel its attorneys fees incurred in making the motion unless the failure was substantially justified or other circumstances make an award of expenses unjust. A reasonable opportunity was afforded Defendants D'Andrea and Alessi & Koenig to respond, but Defendants failed to do so.

The court finds that amount of fees set forth in the declaration of counsel (ECF No. 112-1) and the supplement to the motion (ECF No. 115) to be reasonable.  Plaintiff is awarded attorneys fees of $5,501.50 and costs in the amount of $723.60, for a total award of $6,225.10.

IT IS SO ORDERED.

DATED:  June 7, 2016.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE