EDWARD D. BOYACK
Nevada Bar No. 005229
ADAM J. BREEDEN
Nevada Bar No. 008768
BOYACK ORME & ANTHONY
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
adam@boyacklaw.com
Phone: (702) 562-3415
Fax: (702) 562-3570
*Attorneys for D'Andrea Community Ass'n*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; D'ANDREA COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company,<br><br>Defendants. | Case No.: 3:15-cv-00241-RCJ-WGC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT, U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1's MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS AGAINST DEFENDANT D'ANDREA COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC |
| SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1<br><br>Counter-Defendant. | |

IT IS HEREBY STIPULATED AND AGREED UPON by and between the undersigned counsel that Defendant, D'Andrea Community Association's, deadline to respond to Plaintiff/Counter-Defendant, U.S. Bank's *Motion for Summary Judgment Regarding Claims Against Defendant D'Andrea Community Association and Alessi & Koenig, LLC* (ECF No. 153) currently set for December 3, 2017 shall be re-set to December 22, 2017 with U.S. Bank's reply due on January 15, 2018.

This request is not submitted for purposes of delay. The Parties are currently involved in settlement negotiations and respectfully request that the response deadline be extended so that time may be given for further consideration of the offer. Holiday and vacation plans of counsel were also considered in assigning the new deadlines.

DATED this 4th day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP

Natalie C. Lehman

---

NATALIE C. LEHMAN, ESQ.
Nevada Bar No. 12995
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff/Counter-Defendant*

DATED this 4th day of December, 2017.

BOYACK ORME & ANTHONY

/s/ Edward D. Boyack

---

EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for D'Andrea Community Ass'n*

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 12-06-2017