**EDWARD D. BOYACK**
Nevada Bar No. 005229
**ADAM J. BREEDEN**
Nevada Bar No. 008768
**BOYACK ORME & ANTHONY**
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
adam@boyacklaw.com
Phone: (702) 562-3415
Fax: (702) 562-3570
*Attorneys for D'Andrea Community Ass'n*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; D'ANDREA COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company, <br><br> Defendants. | Case No.: 3:15-cv-00241-RCJ-WGC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT, U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1's MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS AGAINST DEFENDANT D'ANDREA COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC** |
| SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company, <br><br> Counterclaimant, <br><br> vs. <br><br> U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1 <br><br> Counter-Defendant. | |

1    **IT IS HEREBY STIPULATED AND AGREED UPON** by and between the

2    undersigned counsel that Defendant, D'Andrea Community Association's, deadline to respond

3    to Plaintiff/Counter-Defendant, U.S. Bank's *Motion for Summary Judgment Regarding Claims*

4    *Against Defendant D'Andrea Community Association and Alessi & Koenig, LLC* (ECF No.

5    153) currently set for December 22, 2017 shall be re-set to December 29, 2017 due to

6    Defendant, D'Andrea Community Association's counsel becoming ill.  U.S. Bank's reply due

7    on January 15, 2018.

8    This request is not submitted for purposes of delay.  The Parties are currently involved

9    in settlement negotiations and respectfully request that the response deadline be extended so

10    that time may be given for further consideration of the offer.  Holiday and vacation plans of

11    counsel were also considered in assigning the new deadlines.

12    DATED this 28th day of December, 2017.        DATED this 28th day of December, 2017.

13    **WRIGHT, FINLAY & ZAK, LLP**        **BOYACK ORME & ANTHONY**

14

15    /s/ Natalie C. Lehman        /s/ Edward D. Boyack

16    NATALIE C. LEHMAN, ESQ.        EDWARD D. BOYACK, ESQ.
     Nevada Bar No. 12995        Nevada Bar No. 5229

17    7785 West Sahara Avenue, Suite 200        ADAM J. BREEDEN, ESQ.
     Las Vegas, Nevada 89117        Nevada Bar No. 8768

18    *Attorney for Plaintiff/Counter-Defendant*        7432 West Sahara Avenue, Suite 101
     Las Vegas, Nevada 89117

19    *Attorneys for D'Andrea Community Ass'n*

20

21

22        **ORDER**

23    **IT IS SO ORDERED.**

24

25    UNITED STATES MAGISTRATE JUDGE

26    Dated: JANUARY 17, 2018.

27

28

2