**EDWARD D. BOYACK**
Nevada Bar No. 005229
**ADAM J. BREEDEN**
Nevada Bar No. 008768
**BOYACK ORME & ANTHONY**
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
adam@boyacklaw.com
Phone: (702) 562-3415
Fax: (702) 562-3570
*Attorneys for D'Andrea Community Ass'n*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1, | Case No.: 3:15-cv-00241-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT, U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1's MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS AGAINST DEFENDANT D'ANDREA COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC** |
| vs. | |
| SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; D'ANDREA COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company, | |
| Defendants. | **(Second Request)** |
| SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company, | |
| Counterclaimant, | |
| vs. | |
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1 | |
| Counter-Defendant. | |

1      **IT IS HEREBY STIPULATED AND AGREED UPON** by and between the

2  undersigned counsel that Plaintiff/Counter-Defendant, U.S. Bank's deadline to file its

3  Responses to *Defendant D'Andrea Community Association's Countermotion for Summary*

4  *Judgment* (ECF No. 157), *Defendant D'Andrea Community Association's Opposition to*

5  *Motion for Summary Judgment* (EFC No. 158), and *Defendant D'Andrea Community*

6  *Association*'s Motion to Amend and/or Withdraw Discovery Admission Pursuant to FRCP

7  36(b) (ECF No. 160) currently set for January 12, 2018 shall be re-set to **February 2, 2018**.

8      This request is not submitted for purposes of delay. The briefing extensions are sought

9  to allow US Bank time to consider a recent offer of judgment made by D'Andrea prior to

10  responding or opposing to the several recent motions filed.

11  DATED this 10th day of January, 2018.      DATED this 10th day of January, 2018.

12  **WRIGHT, FINLAY & ZAK, LLP**      **BOYACK ORME & ANTHONY**

13

14    /s/ Natalie C. Lehman          /s/ Edward D. Boyack

    NATALIE C. LEHMAN, ESQ.        EDWARD D. BOYACK, ESQ.

15  Nevada Bar No. 12995            Nevada Bar No. 5229

16  7785 West Sahara Avenue, Suite 200    ADAM J. BREEDEN, ESQ.

    Las Vegas, Nevada 89117         Nevada Bar No. 8768

17  *Attorney for Plaintiff/Counter-Defendant*    7432 West Sahara Avenue, Suite 101

                                   Las Vegas, Nevada 89117

18                                    *Attorneys for D'Andrea Community Ass'n*

19

20

21                              **ORDER**

22      **IT IS SO ORDERED.**

23

24                           **UNITED STATES MAGISTRATE JUDGE**

25                       Dated: JANUARY 17, 2018

26

27

28