WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
Attorneys for *Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for the First Franklin Mortgage Loan Trust, Mortgage Asset-Backed Certificates, Series 2007-FF1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; D'ANDREA COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company,<br><br>Defendants.<br>_____<br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counterclaimant,<br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>Counter-Defendant. | Case No.: 3:15-cv-00241-RCJ-WGC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT D'ANDREA COMMUNITY ASSOCIATION WITH PREJUDICE** |

Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for the First Franklin Mortgage Loan Trust, Mortgage Asset-Backed Certificates, Series 2007-FF1 (hereinafter "U.S. Bank") and Defendant, D'Andrea Community Association (hereinafter "D'Andrea" and/or "HOA"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS:

**1.** The real property which is the subject of this civil action consists of a residence commonly known as 2546 Napoli Drive, Sparks, Nevada 89434, APN 402-283-13 (hereinafter "Property"), and is part of D'Andrea Community Association;

**2.** U.S. Bank is the holder of a first Deed of Trust securing a loan in the amount of $236,000.00 made on or about November 28, 2006 ("Note") by Troy F. Rheaume and Troy T. Owen ("Borrowers") and recorded on November 30, 2006 in the Official Records of Washoe County, Nevada as Document Number 3469202 ("Deed of Trust");

**3.** On June 14, 2013, a Trustee's Deed Upon Sale was recorded memorializing a non-judicial foreclosure sale conducted by Alessi & Koenig, LLC on behalf of D'Andrea, wherein the Property was conveyed to SFR Investments Pool 1, LLC (hereinafter "SFR") for the purchase price of $9,000.00;

**4.** On January 27, 2016, U.S. Bank filed an Amended Complaint for Wrongful Foreclosure, among other claims, against D'Andrea in Case Number 3:15-cv-00241-RCJ-WGC;

**5.** On November 3, 2017, U.S. Bank filed a Motion for Summary Judgment regarding its claims against D'Andrea [ECF No. 153];

**6.** On December 29, 2017, D'Andrea filed its Countermotion for Summary Judgment [ECF No. 157];

**7.** U.S. Bank and D'Andrea have now come to a resolution regarding their respective claims and interest in the Property and have entered into a Confidential Settlement Agreement;

**8.** In accordance with the Confidential Settlement Agreement, all claims asserted by U.S. Bank against D'Andrea shall be dismissed with prejudice;

**9.** Nothing in this Stipulation should be construed as intended to benefit any other party not identified as the undersigned Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims or defenses by U.S. Bank against SFR; and

**10.** Each Party shall bear its own fees and costs incurred in this litigation and settlement.

**IT IS HEREBY STIPULATED AND AGREED** that Defendant, D'Andrea Community Association is hereby dismissed, **with prejudice**;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is shall not constitute a waiver or relinquishment of any claims or defenses by U.S. Bank against SFR;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the SFR as to proceedings related to the HOA Sale or against the Borrower, as defined in the Note, that U.S. Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, including the right to sue the Borrower for any deficiency;

**IT IS FURTHER STIPULATED AND AGREED** that the pending U.S. Bank's Motion for Summary Judgment [ECF No. 153] regarding its claims against D'Andrea, filed on November 3, 2017, shall be denied as moot;

///

///

**IT IS FURTHER STIPULATED AND AGREED** that the pending D'Andrea Community Association's Countermotion for Summary Judgment [ECF No. 157], filed on December 29, 2017, shall be denied as moot; and

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

**IT IS SO STIPULATED.**

Dated this 25th day of April, 2018.                    Dated this 25th day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP                              BOYACK ORME & ANTHONY

*/s/ Natalie C. Lehman, Esq.*                          */s/ Adam J. Breeden, Esq.*
Natalie C. Lehman, Esq.                                Adam J. Breeden, Esq.
Nevada Bar No. 12995                                   Nevada Bar No. 008768
7785 W. Sahara Ave., Suite 200                         7432 West Sahara Ave., Suite 101
Las Vegas, NV 89117                                    Las Vegas, Nevada 89117
Attorneys for *Plaintiff/Counter-defendant, U.S.*      Attorneys for Defendant, *D'Andrea Community*
*Bank National Association, as Trustee for the*        *Association*
*First Franklin Mortgage Loan Trust, Mortgage*
*Asset-Backed Certificates, Series 2007-FF1*

## **ORDER**

Based upon the foregoing Stipulation, and good cause appearing, the above-referenced matter is hereby dismissed with prejudice against D'Andrea HOA only, with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated this 8th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE