WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
Attorneys for *Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for the First Franklin Mortgage Loan Trust, Mortgage Asset-Backed Certificates, Series 2007-FF1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; D'ANDREA COMMUNITY ASSOCIATION, a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company,<br><br>Defendants. | Case No.:  3:15-cv-00241-RCJ-WGC<br><br>**STIPULATION AND ORDER TO DISMISS SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE** |
| SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counterclaimant,<br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE ASSET-BACKED CERTIFICATES, SERIES 2007-FF1,<br><br>Counter-Defendant. | |

Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for the First Franklin Mortgage Loan Trust, Mortgage Asset-Backed Certificates, Series 2007-FF1 (hereinafter "U.S. Bank") and Defendant/Counterclaimant, SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. This action concerns title to real property commonly known as 2546 Napoli Drive, Sparks, Nevada 89434 ("Property") following a homeowner's association foreclosure sale conducted on June 6, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Washoe County, Nevada as Instrument Number 3469202 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action, or an admission as to the validity of the allegations in future actions.

4. With respect to this dispute, the Parties have entered into a confidential settlement agreement pursuant to which Plaintiff shall record a reconveyance of the Deed of Trust in the real property records of Washoe County, Nevada.

5. Plaintiff further expressly reserves all rights and interests in the loan secured by the Deed of Trust, as well as its claims against Troy F. Rheaume, including but not limited, any actions to seek a deficiency judgment.

6. Plaintiff further expressly reserves all rights and interests in any excess proceeds from the foreclosure sale of the Property from Alessi & Koenig, LLC.

7. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and attorneys' fees.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Washoe County Recorder.

**IT IS SO STIPULATED.**

Dated this 18th day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
Attorneys for *Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for the First Franklin Mortgage Loan Trust, Mortgage Asset-Backed Certificates, Series 2007-FF1*

Dated this 18th day of October, 2018.

KIM GILBERT EBRON

/s/ Jacqueline A. Gilbert
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Ste. 110
Las Vegas, NV 89139
Attorney for *Defendant/Counterclaimant, SFR Investments Pool 1, LLC*

Case No.: 3:15-cv-00241-RCJ-WGC

## ORDER

IT IS SO ORDERED.

Dated: October 24, 2018

_____
UNITED STATES DISTRICT JUDGE